IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, § § *Plaintiff*, § § v. § § J. GUSTAVO CAMPUZANO, JOSE L. § CAMPUZANO, and JOSE MENDEZ, § § *Defendants*. § § | Civil Action No. 4:18-cv-1802 |

**PLAINTIFF MAXUM INDEMNITY COMPANY'S
<u>CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE</u>**

Pursuant to the "Order for Conference and Disclosure of Interested Parties" (Dkt. # 5), Plaintiff Maxum Indemnity Company discloses:

**I.**

Maxum Indemnity Company is a wholly-owned subsidiary of Hartford Fire Insurance Company. Hartford Fire Insurance Company is a wholly-owned subsidiary of <u>The Hartford Financial Services Group, Inc.</u>, a publicly traded company (NYSE: HIG). The Hartford Financial Services Group, Inc. does not directly own any stock of Maxum Indemnity Company.

**II.**

The following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities known to be financially interested in the outcome of this litigation:

1. Maxum Indemnity Company (Plaintiff);

2. J. Gustavo Campuzano (Defendant);

3. Jose L. Campuzano (Defendant); and

4. Jose Mendez (Defendant).

If new parties are added or additional financially interested persons or entities are identified at any time during the pendency of the litigation, Maxum Indemnity Company will promptly file an amended certificate with the Court.

Respectfully submitted,

COZEN O'CONNOR

*s/ Joseph A. Ziemianski*
Joseph A. Ziemianski
Attorney-in-Charge
Texas State Bar No. 00797732
Southern District of Texas Bar No. 25915
LyondellBasell Tower
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Facsimile:  (832) 214-3905
E-mail: JZiemianski@cozen.com

ATTORNEY FOR PLAINTIFF
MAXUM INDEMNITY COMPANY

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served on all counsel of record through the Court's electronic filing system on June 19, 2018.

*s/ Joseph A. Ziemianski*
Joseph A. Ziemianski