UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAXUM INDEMNITY COMPANY, | § § | |
| *Plaintiff*, | § § | Civil Action No. 4:18-cv-1802 |
| v. | § § | |
| J. GUSTAVO CAMPUZANO, JOSE L. CAMPUZANO, AND JOSE MENDEZ, | § § § § | |
| *Defendants*. | § § | |

## DEFENDANTS J. GUSTAVO CAMPUZANO'S AND JOSE L. CAMPUZANO'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the "Order for Conference and Disclosure of Interested Parties" (Dkt. #5), Defendants J. Gustavo Campuzano and Jose L. Campuzano (collectively, "Campuzano Defendants") provide the following information:

The Campuzano Defendants know or have reason to believe that each of the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have a financial interest in the outcome of this litigation:

       a.    Maxum Indemnity Company (Plaintiff);

       b.    J. Gustavo Campuzano (Defendant);

       c.    Jose L. Campuzano (Defendant);

       d.    Jose Mendez (Defendant).

Respectfully submitted,

**FOGLER, BRAR, FORD, O'NEIL & GRAY, LLP**

By: /s/ *Robert Ford*
    Robert Ford
    Federal ID No. 1392569
    State Bar No. 24074219
    rford@fbfog.com
    2 Houston Center
    909 Fannin, Suite 1640
    Houston, Texas 77010
    713.481.1010 (main)
    713.574.3224 (fax)

**ATTORNEY IN CHARGE FOR DEFENDANTS J. GUSTAVO CAMPUZANO AND JOSE L. CAMPUZANO**

**OF COUNSEL:**

Robin O'Neil
State Bar No. 24079075
S.D. Tex. No. 1618035
**FOGLER, BRAR, FORD, O'NEIL & GRAY, LLP**
2 Houston Center
909 Fannin, Suite 1640
Houston, Texas 77010
713.481.1010 (main)
713.574.3224 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of July, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all counsel of record.

*/s/ Robin O'Neil*
**ROBIN O'NEIL**